In the Matter of THOMAS F. POWERS et al., Respondents, against FIORELLO H. LA GUARDIA, as Mayor of the City of New York, et al., Appellants, et al., Defendants.

Argued April 13, 1944; decided May 25, 1944.

*Ignatius M. Wilkinson, Corporation Counsel* (*Seymour B. Quel, Harry Hollander* and *Harry Tannenbaum* of counsel), for appellants.

*H. Eliot Kaplan* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ. LEHMAN, Ch. J., dissents from so much of the decision as directs the payment of the increment withheld more than four months after wages were paid and received under protest.